JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDVARD PIRALYAN,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. 5:26-cv-00001-SRM-RAO

JUDGMENT

Pursuant to the Order Denying Petition for Writ of Habeas Corpus as Moot,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: October 26, 2026



HONORABLE SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE